1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11

BRANDEN WILLIE ISELI,

No.  2:25-cv-1941 CKD P

12

Petitioner,

13

v.

ORDER

14

DEL NORTE COUNTY DISTRICT
ATTORNEY'S OFFICE, et al.,

15
16

Respondents.

17           Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.  Petitioner challenges the execution of his sentence.  As a

19   general rule, "[t]he proper forum to challenge the execution of a sentence is the district where the

20   prisoner is confined."  Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989).  Petitioner is

21   incarcerated at Pelican Bay State Prison in Del Norte County.  Del Norte County lies within the

22   jurisdiction of the United States District Court for the Northern District of California.

23           In the interest of justice, this court may transfer this action "to any other district where it

24   might have been brought."  28 U.S.C. § 1404(a).  For the reasons set forth above, the most

25   appropriate forum for the instant action is the district where petitioner is confined.

26   /////

27   /////

28   /////

1

1       In accordance with the above, IT IS HEREBY ORDERED that this matter is transferred to

2  the United States District Court for the Northern District of California.  28 U.S.C. § 2241(d); 28

3  U.S.C. § 1406(a).

4  Dated:  July 17, 2025

5

6                               CAROLYN K. DELANEY
                                    UNITED STATES MAGISTRATE JUDGE

7

8  1/ks
  isel1941.108b

9

2